*Attorney General Robert Morgan by Assistant Attorney General Parks H. Icenhour for the State.*

*Assistant Public Defender Dallas C. Clark, Jr., for defendant appellant.*

CAMPBELL, Judge.

Counsel for defendant, with commendable frankness, states that after an examination of the record, no prejudicial error was found.

We have reviewed the record, and we find it to be free of any prejudicial error. The defendant was afforded a trial, which was fair and free of error. The bills of indictment, pleas, judgment and sentence were in all respects regular and proper.

No error.

Chief Judge MALLARD and Judge BRITT concur.

---

F. RAY CASHATT v. JESSIE B. HACKETT AND J. F. HACKETT, JR.

No. 7218DC235

(Filed 20 September 1972)

APPEAL by defendant Jessie B. Hackett from *Haworth, District Judge,* 25 October 1971 Session of GUILFORD District Court.

In August 1969, Jessie B. Hackett executed an instrument of conveyance to plaintiff, F. Ray Cashatt, wherein she sold all the marketable timber on certain described tracts of land owned by her. The contract provided that the timber so sold must be removed within three years of the date of the instrument. Cashatt paid the full purchase price of $3,500.00. On 20 April 1971, plaintiff instituted this action seeking damages for breach of the contract. Plaintiff has been prevented from going on the property and removing the timber which he purchased by defendant's son, J. F. Hackett, Jr., who farms and lives on the subject property. Plaintiff alleged that Jessie B. Hackett had knowingly permitted her son to obstruct and prevent plaintiff

from removing the timber and that the son's actions were with her consent.

The jury found, on issues submitted, that plaintiff and defendant Jessie B. Hackett entered into a contract for the sale of the timber as alleged in the complaint; that Jessie B. Hackett knowingly and wrongfully allowed J. F. Hackett, Jr., to obstruct the plaintiff from cutting the timber and that defendant Jessie B. Hackett was indebted to the plaintiff in the amount of $3,500.00.

*Frazier, Frazier & Mahler by C. Clifford Frazier, Jr., and David F. Meschan for plaintiff appellee.*

*Hoyle, Hoyle & Boone by John R. Barlow II and John T. Weigel, Jr., for defendant appellant.*

VAUGHN, Judge.

After having carefully considered the assignments of error brought forward, we are of the opinion that substantial justice was rendered in the trial from which defendant appealed.

No error.

Judges MORRIS and GRAHAM concur.

---

STATE OF NORTH CAROLINA v. RICHARD WAYNE RUFTY

No. 7219SC700

(Filed 20 September 1972)

APPEAL by defendant from *Johnston, Judge,* 11 January 1972 Session of Superior Court held in CABARRUS County.

The defendant, Richard Wayne Rufty, was charged in a bill of indictment, proper in form, with misdemeanor escape, first offense, in violation of G.S. 148-45 (b). The defendant, represented by court-appointed counsel, pleaded guilty and from a judgment imposing a prison sentence of six (6) months, defendant appealed.